IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| TRACY LYNN MAYS, | ) |
| Plaintiff, | ) |
| vs. | ) CV 03-J-1249-J |
| LADONNA MICHELLE MAYS, | ) |
| Defendant. | ) |

**MEMORANDUM OF OPINION**

The magistrate judge filed a report and recommendation on July 24, 2003, recommending that this action filed pursuant to 42 U.S.C. §1983 be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. §1915(e)(2)(B)(i-iii). The plaintiff filed a response, stating that he does not understand why this action is due to be dismissed.

The plaintiff is informed that divorce actions must be filed in state court, and that federal courts have no jurisdiction to grant divorces. With respect to the plaintiff's inquiry concerning filing fees, plaintiff is directed to review the Prisoner Consent Form (Document #4) he executed, and in which he agreed to "pay the filing fee in full, . . . notwithstanding any dismissal or termination of the lawsuit, until the full filing fee of $150.00 has been paid."

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, and the plaintiff's response thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed for failing to

state a claim upon which relief can be granted, pursuant to 28 U.S.C. §1915(e)(2)(B)(i-iii). An appropriate order will be entered.

DATED this _20_ day of __August__, 2003.

                                                  INGE P. JOHNSON
                                                UNITED STATES DISTRICT JUDGE